1251011

RECEIVED

NOV 06 2006

US MARSHALS
RHODE ISLAND

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of 922

UNITED STATES OF AMERICA
V.

BERNARDO ROJAS

## WARRANT FOR ARREST

Case Number: 1:06M123A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN ORELLANA

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

being an alien illegally or unlawfully in the United States and possessing, in or affecting commerce, a firearm,

in violation of Title 18 United States Code, Section(s) 922(g)(5)

LINCOLN D. ALMOND

Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge

Title of Issuing Officer

11/3/06 KINGSTON ~~Providence~~, Rhode Island

Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by ATF | | |
| DATE RECEIVED 11/06/2006 | NAME AND TITLE OF ARRESTING OFFICER Brian McDonald DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11/03/2006 | | |