**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR. No. 1:06-M-123A** |
| | : | |
| | : | |
| **BERNARDO ROJAS** | : | |

**JOINT MOTION TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, and defendant Bernardo Rojas, by and through his attorney, Charles A. Tamuleviz, Esq., move the Court to exclude the period January 25, 2007 through February 15, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this joint motion, the government and the defendant state as follows:

On November 15, 2006 and on December 21, 2007, this Court issued orders excluding, in total, the period December 1, 2006 through January 25, 2007 from the period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). The purpose of those orders was to permit the parties to engage in plea negotiations, which have been ongoing and are nearing completion. Indeed, the parties have reached a tentative agreement, and await only the services

of a court certified interpreter (the defendant does not speak English) to go over the proposed plea agreement with the defendant a final time. The parties therefore request that a short period of additional period of time, from January 25, 2007 through February 15, 2007, be excluded from the time by which the defendant must be charged by information or indictment, so that the ongoing plea negotiations may be concluded and judicial resources may be conserved.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order will be submitted to the Court.

Respectfully submitted,

BERNARDO ROJAS,
By his Attorney,

/s/Charles A. Tamuleviz
CHARLES A. TAMULEVIZ, Esq.
Tamuleviz, Hultquist & Bianchi
144 Westminster Street
Providence, RI 02903
Tele: (401) 490-2939
FAX: (401) 490-2940
cat@thbrilaw.com

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001

peter.neronha@usdoj.gov

Dated: January 23, 2007