IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. CR 07 019 S |
| | : | |
| | : | |
| v. | : | In violation Of 18 U.S.C. § 922(g)(5) |
| | : | |
| | : | |
| BERNARDO ROJAS | : | |

INFORMATION

The United States Attorney charges that:

COUNT I

On or about November 3, 2006, in the District of Rhode Island, the defendant, BERNARDO ROJAS, then being an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting commerce, a firearm, to wit: a Beretta Model 92F 9 millimeter semi-automatic pistol, serial number C82426Z, in violation of 18 U.S.C. § 922(g)(5).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

Kenneth P. Madden for
LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

Date: 2-9-07