O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
BERNARDO ROJAS

## WAIVER OF INDICTMENT

CASE NUMBER: CR 07 019 S

I, BERNARDO ROJAS, the above named defendant, who is accused of

possession of a firearm by an alien illegally or unlawfully in the United States,

in violation of Title 18, United States Code, Section 922(g)(5),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 02-13-07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Bernardo Rojas
Defendant

Counsel for Defendant

Before
Judicial Officer
USMJ